FILED

04/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0619

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0619

_____

CHARLES DRESCHER,

      Plaintiff, Counter Defendant,
      and Appellee,

    v.                                   O R D E R

JOHN MALEE,

      Defendant, Counter Claimant,
      and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Ray Dayton, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 13 2022